In re SLOCUM. (Supreme Court, Appellate Division, Fourth Department. October 14, 1902.) In the matter of the proceedings for the disbarment of Robert H. Slocum. No opinion. Order of reference entered, referring the charges to D. F. McLennan, Esq., attorney and counselor at law, of Syracuse, N. Y., and directing the district attorney of Onondaga county, and Charles G. Baldwin, Esq., as counsel, to prosecute.

---

SMALL, Appellant, v. BLOOMFIELD, Respondent. (Supreme Court, Appellate Division, Second Department. October 10, 1902.) Action by Fenwick B. Small, as trustee in bankruptcy, against Charles S. Bloomfield. No opinion. Order affirmed, with $10 costs and disbursements.

---

SMITH, Respondent, v. CONVERSE, Appellant. (Supreme Court, Appellate Division, Second Department. October 17, 1902.) Action by Edward P. Smith against Robert R. Converse. No opinion.

PER CURIAM. This order should be reversed, on the ground that the affidavit read in opposition to the motion is not sufficient, under the settled rules of practice relating to this class of motions, to show that the opposing party really has a larger number of material and necessary witnesses in Kings county. The order should be reversed, with $10 costs and disbursements, and the motion granted, changing the place of trial, with costs to the defendant to abide the event.

---

SMITH v. KOLLE. (Supreme Court, Appellate Division, Second Department. October 10, 1902.) Action by William A. Smith against John Kolle. No opinion. Judgment of the municipal court affirmed by default, with costs.

---

SMITH, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by Chris. J. Smith against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and DAVY, JJ., dissent.

---

SMITH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1902.) Action by Cornelia Edith Smith against Harry Sawyer Smith. No opinion. Order affirmed on argument, with $10 costs and disbursements.

---

SMITH et al., Appellants, v. FIRTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 10, 1902.) Action by Samuel Smith and others against Christopher C. Firth and others.

PER CURIAM. Order of affirmance modified, by striking out the word "unanimously," before the word "decided," and inserting, after the word "decided," the words, "Mr. Justice Bartlett sitting, but not voting." The other portion of the motion, relative to an appeal to the court of appeals, is not passed upon, as the court understands that it has been withdrawn.

---

SMITH et al., Appellants, v. HALL, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 30, 1902.) Action by James B. Smith and another against George W. Hall.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held, that upon all the papers the application to punish for contempt was properly denied, and the parties left to other remedies.

---

SMITH et al., Appellants, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 3, 1902.) Action by William E. T. Smith and others against the Long Island Railroad Company. No opinion. Reargument ordered, and case set down for the 15th inst.

---

SOLOMON v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. October 17, 1902.) Action by Adolph Solomon against the Metropolitan Street Railroad Company. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to court below to open default.